JOHN S. LEONARDO
United States Attorney
District of Arizona
DAVID PIMSNER
KRISTEN BROOK
Assistant U.S. Attorneys
Arizona State Bar No. 007480
Arizona State Bar No. 023121
WILLIAM MACKIE
Trial Attorney, U.S. Dept. of Justice
N.C. Bar No. 13816
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
david-pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

**SEALED**

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>1. Marc Turi, and<br>2. Turi Defense Group,<br><br>    Defendants. | CR-14-00191-PHX-DGC<br><br>**NOTICE OF ELECTION**<br><br>(Filed Under Seal) |

Plaintiff, United States of America, by and through its undersigned attorney, respectfully submits this Notice of Election pursuant to Order of this Court, dated October 21, 2014 (Doc. 62-1). The government elects Counts 2 and 4 of the Indictment, relating to violations of 18 U.S.C. § 1001, be dismissed

Respectfully submitted this 3rd day of November, 2014.

JOHN S. LEONARDO
United States Attorney
District of Arizona


DAVID A. PIMSNER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

Due to this document being filed under seal, I hereby certify that on November 3. 2014, I filed the attached document with the clerk's office, and sent a copy of the attached document to the following CM/ECF registrants:

Jean-Jacques Cabou, Attorney for Defendant Turi and
Samuel Alexander, Attorney for Turi Defense Group

DAP/ceb