JOHN S. LEONARDO
United States Attorney
District of Arizona
DAVID PIMSNER
KRISTEN BROOK
Assistant U.S. Attorneys
Arizona State Bar No. 007480
Arizona State Bar No. 023121
WILLIAM MACKIE
Trial Attorney, U.S. Dept. of Justice
N.C. Bar No. 13816
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
david-pimsner@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>1.  Marc Turi, and<br>2.  Turi Defense Group,<br><br>  Defendants. | CR-14-00191-PHX-DGC<br><br>**GOVERNMENT'S REQUEST FOR DISCLOSURE RELATING TO DEFENDANTS' NOTICE OF PUBLIC AUTHORITY** |

Plaintiff, United States of America, by and through its undersigned attorney, respectfully requests that defendants, to be compliant with Fed. R. Crim. P. R. 12.3(2), provide the government with the following:

(A) the law enforcement agency or federal intelligence agency involved;

(B) the agency member on whose behalf the defendant claims to have acted; and

(C) the time during which the defendant claims to have acted with public authority.

Additionally, pursuant to Fed. R. Crim. P. R. 12.3(4)(A), the government requests that within 14 days, the defendants serve on the government a written statement of the

//

name, address, and telephone number of each witness the defendants intend to rely on to establish a public authority defense.

Respectfully submitted this 4th day of March, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s Kristen Brook*

KRISTEN BROOK
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on or about March 4, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jean-Jacques Cabou, Attorney for Defendant Turi and
Thomas Ryerson, Attorney for Turi Defense Group
Alexis Danneman, Attorney for Turi Defense Group

KB/kt