Jean-Jacques Cabou, No. 022835
Thomas D. Ryerson, No. 028073
Alexis E. Danneman, No. 030478
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
JCabou@perkinscoie.com
TRyerson@perkinscoie.com
ADanneman@perkinscoie.com

Attorneys for Marc Turi and Turi Defense Group

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>     v.<br><br>1. Marc Turi; and<br><br>2. Turi Defense Group,<br><br>              Defendants | Cause No. 14-cr-00191-1-DGC<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>**(Expedited Consideration Requested)** |

Defendant Marc Turi hereby respectfully moves to modify his conditions of pretrial release to: 1) return his passport, which was surrendered to the custody of Pretrial Services and 2) allow him to travel abroad for business purposes.  Undersigned counsel has discussed this Motion with the Government and the Government has no objection. Furthermore, Mr. Turi has discussed this request with Pretrial Services, which does not object to the request.  Mr. Turi will provide the Government with his detailed travel plans once those plans are finalized.

As the Court is aware, Mr. Turi's conditions of release require that he work or look for work.  He has been asked to perform work abroad on an urgent basis, and he very

LEGAL125298724.1

much wants to do it. Mr. Turi will, throughout his time abroad, remain in contact with undersigned counsel and will, of course, continue to appear at all hearings in this matter.

In light of the urgency of Mr. Turi's work abroad, Mr. Turi respectfully requests that this Court consider this motion on an expedited basis.

Dated:  March 12, 2015.      **PERKINS COIE LLP**

By: /s/*Jean-Jacques Cabou*
　　Jean-Jacques Cabou
　　Thomas D. Ryerson
　　Alexis E. Danneman
　　2901 N. Central Avenue, Suite 2000
　　Phoenix, AZ  85012-2788

*Attorneys for Defendants Marc Turi and Turi Defense Group*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> David A. Pimsner
> Kristen Brook
> U.S. Attorney's Office
> 40 North Central Avenue, Suite 1200
> Phoenix, Arizona 85004
>
> A. William Mackie
> Julie Edelstein
> Department of Justice
> National Security Division
> 600 E Street, NW
> 10th Floor - Bicentennial Bldg.
> Washington, D.C. 20530

/s/Lisa Mazza