UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>1. Marc Turi; and<br><br>2. Turi Defense Group,<br><br>　　　　　　Defendants | Cause No. 14-cr-00191-1-DGC<br><br>**ORDER GRANTING MODIFIED CONDITIONS OF PRETRIAL RELEASE** |

Pursuant to Defendant Marc Turi's Unopposed Motion to Modify Conditions of Pretrial Release, and good cause appearing;

IT IS HEREBY ORDERED granting Defendant's Motion (Dkt. 114) and allowing Defendant to travel abroad for business purposes.

IT IS FURTHER ORDERED that Defendant provide U.S. Pretrial Services and the Government, seven (7) days in advance of any travel, his planned itinerary which includes dates of travel, purpose of travel, and locations of travel. Defendant shall promptly notify the Government and U.S. Pretrial Services of any changes to his itinerary.

IT IS FURTHER ORDERED that Defendant contact U.S. Pretrial Services within 48 hours of his return.

IT IS FURTHER ORDERED that Defendant's passport, which was surrendered to the custody of Pretrial Services, be immediately returned to him.

IT IS FURTHER ORDERED that Defendant, throughout his time abroad, remain in contact with his counsel and continue to appear at all hearings in this matter.

No excludable delay shall result from the entry of this Order.

Dated this 13th day of March, 2015.

_____
David G. Campbell
United States District Judge