# UNITED STATES PRETRIAL SERVICES OFFICE
Choose a building block.

## PASSPORT RECEIPT

Marc Turi
**Name on Passport**

March 13, 2015
**Date Passport Returned to Defendant**

434581659
508094802
**Passport Number**

USA
**Country of Origin**

July 16, 2015
**Expiration Date**

_____
Marc Turi
**Defendant's Signature**

_____
Chris Jantonio
**Custodian's Signature**

**Purpose of Returning Passport:**
Per Court Order, passport returned to allow defendant to travel for business. Must return passport to U.S. Pretrial Services within 48 hours of return to Arizona.

**Address (if mailed)**

**Date Passport must be surrendered:** Within 48 hours of return to Arizona.