

2901 North Central Avenue
Suite 2000
Phoenix, AZ 85012-2788

T +1.602.351.8000
F +1.602.648.7000
perkinscoie.com

March 30, 2015

Jean-Jacques Cabou
JCabou@perkinscoie.com
D. (602) 351-8003
F. (602) 648-7003

The Honorable David G. Campbell
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 522
401 West Washington Street, SPC 58
Phoenix, AZ 85003-2156

Re: *United States v. Marc Turi*, No. CR 14-191-PHX-DGC
    Parallel Construction

Dear Judge Campbell:

We respectfully request authorization to order the transcript of the March 4, 2015 status conference on an expedited basis.  We are, at present, in the process of scheduling a time to meet and confer with the Government regarding ongoing discovery-related disagreements, as ordered by the Court.  The requested transcript is relevant to these efforts and to motions that will be needed if our discussions with the Government are insufficient to resolve our disputes.  As we have stated previously, access to full and complete discovery is vital to our preparation of the defense, but we also very much want to avoid any delay in the presently-set trial date of September 15, 2015.  Therefore, we respectfully request approval of our expedited transcript request.

Sincerely,

Jean-Jacques Cabou

JJC:lm

cc:   William Mackie, Esq.
      David A. Pimsner, Esq.
      Kristen Brook, Esq.

LEGAL125504801.1
Perkins Coie LLP