JOHN S. LEONARDO
United States Attorney
District of Arizona

JULIE A. EDELSTEIN
Trial Attorney
Counterintelligence and Export Control Section
National Security Division
U.S. Department of Justice

DAVID PIMSNER
KRISTEN BROOK
Assistant U.S. Attorneys
Arizona State Bar No. 007480
Arizona State Bar No. 023121
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona  85004
Telephone:  602-514-7500
David.Pimsner@usdoj.gov
Kristen.Brook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-14-00191-PHX-DGC |
| Plaintiff, | **NOTICE OF FILING MEMORANDUM OF UNDERSTANDING** |
| vs. | |
| Marc Turi, and Turi Defense Group, | |
| Defendants. | |

The United States, through undersigned counsel, gives notice of filing the attached Memorandum of Understanding executed by Jean-Jacques Cabou, Attorney for Defendant Turi, pursuant to the proposed protective order which was granted by this

///

///

///

Court on July 2, 2015 (Doc. # 190).  See Exhibit A.

    Respectfully submitted this 14th day of July, 2015.

                                           JOHN S. LEONARDO
                                           United States Attorney
                                           District of Arizona

                                           /s/ *David A. Pimsner*
                                           DAVID PIMSNER
                                           KRISTEN BROOK
                                           Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

    I hereby certify that on or about July 14, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Jean-Jacques Cabou, Attorney for Defendant Turi and
Thomas Dean Ryerson and Alexis E. Danneman, Attorneys for Turi Defense Group

DAP/ceb