Exhibit A

## Memorandum of Understanding

1. Having familiarized myself with applicable laws, I understand that I may be the future recipient of information and documents which pertain to the national security of the United States and which are the property of the United States, and that such information and documents, together with the methods of collecting such information, are classified according to security standards set by the United States government.

2. I agree that I shall never divulge, publish, or reveal, either by word, conduct or other means, such classified information and documents unless specifically authorized in writing to do so by an authorized representative of the United States government, or as required by the Classified Information Procedures Act, or as otherwise ordered by the Court.

3. I understand this agreement will remain binding upon me after the conclusion of the proceeding in United States v. Turi, et al., CR-14-00191-PHX-DGC, and any subsequent related proceedings.

4. I have received, read and understood the Protective Order entered by the United States District Court for the District of Arizona in the above case, and I agree to comply with the provisions thereof.

5. I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this __13__ day of __July__, 2015.

_____
Jean-Jacques Cabou