Jean-Jacques Cabou, No. 022835
Thomas D. Ryerson, No. 028073
Alexis E. Danneman, No. 030478
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ  85012-2788
Telephone:  602.351.8000
Facsimile:  602.648.7000
JCabou@perkinscoie.com
TRyerson@perkinscoie.com
ADanneman@perkinscoie.com

Attorneys for Marc Turi and Turi Defense Group

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>1. Marc Turi; and<br><br>2. Turi Defense Group,<br><br>            Defendants | Cause No. 14-cr-00191-DGC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITIES PROVIDED IN COMPLIANCE WITH COURT ORDER [DOC. 229] AND IN SUPPORT OF INITIAL MOTION TO COMPEL DISCOVERY** |

Pursuant to the order of this Court [Doc. 229 at 2], Defendants hereby provide materials supporting the assertion in Defendants' Initial Motion to Compel that the "United States did covertly assist in the procurement and/or transportation of arms for individuals and/or entities in Libya."[1]  [Doc. 55 at 5]

Publically available sources confirm that the United States provided material military, intelligence, and financial support to the opposition forces that deposed Col.

---

[1] Defendants anticipate that classified information, including but not limited to information within Category 2 of this Court's Order addressing Defendants' motion to compel, [Doc. 63 at 3] will further support the conclusion that the "United States did covertly assist in the procurement and/or transportation of arms for individuals and/or entities in Libya."

LEGAL127330123.3

Muammar el-Qaddafi (the "Opposition forces" or "Rebels"). Such support included, at least, consideration at the highest levels of the U.S. Government of providing weapons to the Opposition forces, either directly or covertly. It is also evident that U.S. allies Qatar and the United Arab Emirates ("UAE") transferred weapons to the Rebels and, based on the statements of U.S. officials and foreign diplomats, that the United States "encouraged" these transfers. [Tab 31 (James Risen, et al., *U.S.-Approved Arms for Libya Rebels Fell Into Jihadis' Hands*, N.Y. Times (Dec. 5, 2012) ("Dec. 5, 2012 N.Y. Times article"))]

## I. THE UNITED STATES PROVIDED MATERIAL SUPPORT TO THE OPPOSITION FORCES

### A. It Is Undisputed that the United States, Including the CIA, Provided Financial, Military, and Intelligence Assistance to the Opposition Forces.

From the early days of the 2011 Libyan Civil War, the United States demonstrated support for the Opposition forces. For instance, in early March 2011, the United States publically expressed opposition to Col. Muammar el-Qaddafi, met with Opposition force leaders, [*see* Tab 2 (Steven Lee Myers, *Clinton Meets in Paris with Libyan Rebel Leader*, N.Y. Times (Mar. 14, 2011))], and called for other countries to support the Rebels' efforts, [*see* Tab 1 (Robert Fisk, *America's Secret Plan to Arm Libya's Rebels*, The Independent (Mar. 7, 2011) ("[T]he Americans have asked Saudi Arabia if it can supply weapons to the rebels in Benghazi.")); Tab 3 (Joby Warrick & Richard Leiby, *In Cairo, Hillary Clinton Pledges Millions in U.S. Aid to Egypt*, The Washington Post (Mar. 16, 2011) (noting that the U.S. "appeal[ed] for Arab help in ending the escalating violence in Libya"))].

In a show of international support for the Rebels, the United Nations Security Council adopted Resolution 1973 on March 17, 2011. Resolution 1973, among other things, established a no-fly zone in Libyan airspace and authorized member states "to take all necessary measures . . . to protect civilians and civilian populated areas under threat of attack in the Libyan Arab Jamahiriya, including Benghazi . . . ." [Tab 4 (S.C. Res. 1973, ¶ 4 (Mar. 17, 2011)); Tab 14 (Jeremiah Gertler, Operation Odyssey Dawn (Libya):

Background and Issues for Congress, CRS Report for Congress (Mar. 30, 2011) ("Operation Odyssey Dawn Report")); *see also* Tab 5 (Dan Bilefsky & Mark Landler, *As U.N. Backs Military Action in Libya, U.S. Role is Unclear*, N.Y. Times (Mar. 17, 2011) (Resolution 1973 "authorize[d] military action, including airstrikes against Libyan tanks and heavy artillery and a no-fly zone"))]  Following Resolution 1973, President Obama "promised that the United States would help the rebels in [the] struggle." [Tab 11 (Mark Landler, et al., *Washington in Fierce Debate on Arming Libyan Rebels*, N.Y. Times (Mar. 29, 2011)]  The United States indeed helped the Rebels, and did so in a variety of ways.

First, the United States provided financial support.  In late April 2011, for instance, the United States pledged $25 million in non-lethal support to the Libyan rebels.  [Tab 25 (Eli Lake, *Libya Rebels Will Receive $25M From U.S.*, The Washington Times (Apr. 19, 2011)); *see also* Tab 26 (Jennifer Epstein, *U.S. Pledges $25M to Libyan Rebels*, Politico (Apr. 20, 2011)); Tab 27 (Dept. of State & Dept. of Defense, Letter dated June 15, 2011 to the Speaker of the House of Representatives, United States Activities in Libya Report (June 15, 2011), at 14) ("Presidential Determination number 2011-09, signed April 26, 2011, directed the drawdown of up to $25 million in nonlethal commodities and services to support key U.S. Government partners such as the Transitional National Council in efforts to protect civilians and civilian populated areas under threat of attack in Libya."))]  Moreover, the United States permitted sales of Libyan oil from Rebel-held territory.  [Tab 7 (David Lawder, *U.S. Says Libyan Rebels May Sell Oil*, Reuters (Mar. 28, 2011))]

Second, the United States provided military and operational support to the Rebels.  Two days after the United Nations Security Council adopted Resolution 1973, the United States "launched airstrikes against Libyan targets to enforce Resolution 1973."[2]  [Tab 22

---

[2] Subsequently, "[o]n March 30, 2011, NATO assumed command of all aspects of coalition military operations." [Tab 14 (Operation Odyssey Dawn Report at Summary)]  In a memorandum dated April 1, 2011, the Office of Legal Counsel concluded that the President has constitutional authority to authorize military operations in Libya.  [Tab 22 (Opinions of the Office of Legal Counsel, Vol. 35, Memorandum Opinion for the Attorney General, Authority to Use Military Force in Libya (Apr. 1, 2011))]

1  (Opinions of the Office of Legal Counsel, Vol. 35, Memorandum Opinion for the
2  Attorney General, Authority to Use Military Force in Libya (Apr. 1, 2011)); *see also*
3  Tab 14 (Operation Odyssey Dawn Report)]  Additionally, the Central Intelligence Agency
4  ("CIA") "inserted clandestine operatives into Libya to gather intelligence for military
5  airstrikes and to contact and vet the [rebels]."  [Tab 12 (Mark Mazzetti & Eric Schmitt,
6  *C.I.A. Agents in Libya Aid Airstrikes and Meet Rebels*, N.Y. Times (Mar. 30, 2011)
7  ("Mar. 30, 2011 N.Y. Times Article")); *see also* Tab 15 (Melissa Block, *Mazzetti Talks*
8  *About CIA Operations in Libya*, NPR (Mar. 30, 2011)); Tab 19 (Ken Dilanian, *CIA*
9  *Officers Working with Libya Rebels*, Los Angeles Times (Mar. 31, 2011) ("CIA officers
10 are on the ground in Libya, coordinating with rebels and sharing intelligence, U.S.
11 Officials say, but the Obama administration has not yet decided whether to take the
12 further step of providing weapons to those trying to oust Moammar Kadafi.")); Tab 20
13 (Tom Bowman, et al., *CIA Operatives Gathering Intelligence in Libya*, NPR (Mar. 31,
14 2011)); Tab 30 (Greg Miller, *CIA Rushed to Save Diplomats as Libya Attack was*
15 *Underway*, The Washington Post (Nov. 1, 2012)); Tab 34 (Drew Griffin & Kathleen
16 Johnston, *Exclusive: Dozens of CIA Operatives On the Ground During Benghazi Attack*,
17 CNN.com Blogs (Aug. 1, 2013))]

**B.  The United States Authorized and Considered Providing Direct Transfers of Weapons to Libya.**

20  In late March 2011, U.S. lawmakers were publicly urging the Obama
21 Administration to directly arm the Libyan rebels.  [Tab 6 (*McCain: I hope U.S., Others*
22 *Arm Libyan Rebels*, CBS News (Mar. 22, 2011)); *see also* Tab 9 (David Morgan, *Rice:*
23 *US Has Not Ruled Out Arming Libyan Rebels*, Reuters (Mar. 29, 2011) ("Mar. 29, 2011
24 Reuters article") ("McCain is among a handful of Obama critics who have called for
25 arming the Libyan rebels."))]  The Obama Administration apparently agreed with this
26 strategy, as evidenced by President Obama signing "a secret finding authorizing the [CIA]

LEGAL127330123.3

to provide arms and other support to Libyan rebels."[3] [Tab 12 (Mar. 30, 2011 N.Y. Times article); *see also* Tab 16 (Mark Hosenball, *Exclusive: Obama Authorizes Secret Help for Libya Rebels*, Reuters (Mar. 30, 2011)); Tab 17 (Jake Tapper, et al., *President Obama Authorizes Covert Help for Libyan Rebels*, ABC News (Mar. 30, 2011))]  Despite these indications of executive intent to arm the Libyan rebels directly, the United States has continued to publicly deny that it did so.  [Tab 12 (Mar. 30, 2011 N.Y. Times article); *see also* Tab 13 (Susan Cornwell, *Clinton Says No Decision On Arming Libyan Rebels*, Reuters (Mar. 30, 2011) (reporting that "'no decision' had been made by the administration about whether to arm Libyan rebels")); Tab 18 (*World Powers Debate Arming Libyan Rebels*, France 24.com (Mar. 30, 2011) (reporting President Obama's statement that: "I'm not ruling it out.  But I'm also not ruling it in.  We're still making an assessment partly about what Kadhafi's forces are going to be doing")); *see also* Tab 29 (Ali Gharib, *McCain Falsely Claims U.S. Armed Libya Rebels to Make the Case for Arming Syrians*, Think Progress (June 15, 2012) ("Indeed, while speculation was rife, and bureaucratic authorizations for such actions existed, administration officials consistently denied that the U.S. partook in funneling arms to milit[i]as battling late Libyan dictator Muammar Qaddafi's military."))]

## II. QATAR AND THE UAE PROVIDED ARMS TO THE REBELS, AND THE UNITED STATES SUPPORTED THESE EFFORTS

Regardless of whether the United States actually armed the Rebels directly, it is apparent that—at a minimum—it achieved the same goal through indirect means. Critically, the Obama Administration asserted that, because of Resolution 1973's language authorizing "all necessary measures," "there could be a legitimate transfer of

---

[3] It appears, however, that U.S. intelligence agents were in Libya before the order. [Tab 21 (Mark Hosenball, *U.S. Agents Were In Libya Before Secret Obama Order*, Reuters (Mar. 31, 2011))]

arms [to the Rebels in Libya] if a country were to choose to."[4] [Tab 8 (Douglas Stanglin, *Clinton Says Coalition Has Option Of Arming Libyan Rebels*, USA Today (Mar. 29, 2011)); *see also* Tab 9 (Mar. 29, 2011 Reuters article ("Rice said the United States would maintain financial and diplomatic pressure on the Libyan government until Gaddafi leaves and hinted that new steps could be in the offing, including the arming of Libyan rebels."))]

Public sources confirm that Qatar and the UAE, "frequent allies of the United States," were countries which transferred arms to the Rebels.[5] [Tab 31 (Dec. 5, 2012 N.Y. Times article)] That the Qatar and UAE transferred arms to Libya is supported by reports of the United Nations Security Council Panel of Experts, [*see* Tab 33 at 15, 16 (2013 U.N. Report) ("[T]he Panel stands by its findings that Qatar supplied arms and ammunition to the opposition during the uprising."); *id.* at 18-22 (detailing transfers of military material involving the UAE); *see also* Tab 35 (Rep. of S.C., U.N. Doc. S/2014/106 (2014))], and—at least in Qatar's case—by the statements of its leaders,[6] [*see* Tab 23 (Wolf Blitzer, *The*

---

[4] The Indictment against Defendants incorrectly implies that it would have been illegal, contrary to Arms Embargo, for the U.S. to provide arms to the Opposition forces. That implication is belied by numerous authorities including the text of Resolution 1973, authorizing "all necessary measures." [Doc. 3 at 5; *see also, e.g.*, Tab 33 at 18 (Rep. of S.C., U.N. Doc. S/2013/99 (2013) ("2013 U.N. Report") (noting transfers)); *see also* Tab 8 (Douglas Stanglin, *Clinton Says Coalition Has Option Of Arming Libyan Rebels*, USA Today (Mar. 29, 2011)) ("there could be a legitimate transfer of arms [to Libya] if a country were to choose to"))]

[5] Notably, the Qatar and UAE also supported the United States' no-fly zone and relief operations in Libya. [Tab 14 at 20 (Operation Odyssey Dawn Report)]

[6] Additional circumstantial evidence supports this conclusion. In April 2011, Libya received "large shipments of humanitarian aid in containers bearing the Qatari flag." [Tab 24 (Rod Nordland, *Libyan Rebels Say They're Being Sent Weapons*, N.Y. Times (Apr. 16, 2011) ("Apr. 16, 2011 N.Y. Times article"))] While, at that time, there were no signs of arms shipments, some part of the Libyan port were "restricted to military only." [*Id.*; *see also* Tab 28 (Jonathan Marcus, *French Arming of Libya's Rebels Strategic*, BBC News (June 29, 2011) ("Nonetheless, weapons have been reaching the Libyan rebels in the east of the country, funded by Qatar and other Gulf States."))]

*Emir of Qatar on Arming Libyan Rebels*, CNN.com Blogs (Apr. 14, 2011) (Emir of Qatar stating that his country would provide weapons to the rebels and suggested that they had already delivered antitank weapons)); *see also* Tab 10 (Julian Borger & Chris McGreal, *US and Britain May Arm Libya Rebels if Gaddafi Clings to Power*, The Guardian (Mar. 29, 2011) ("The west's main Arab ally, Qatar, also said providing weapons to Gaddafi's opponents should be considered if air strikes failed to dislodge him.")]. As confirmation of receipt, the Rebels themselves acknowledged receiving weapons and supplies from other nations supporting their uprising. [Tab 24 (Apr. 16, 2011 N.Y. Times article)]

It is also clear that "[t]he Obama administration secretly gave its blessing to arms shipments to Libyan rebels from Qatar" and backed shipments from the UAE. [Tab 31 (Dec. 5, 2012 N.Y. Times article); *see also* Tab 36 (Paul Khuri, *The Foreign Policy of U.S. Arms Transfers*, Georgetown Security Studies Review (June 10, 2014) ("Though there are few details or evidence to suggest that the United States directly transferred weapons to Libyan opposition groups, some reports allege that the United States gave its approval for Qatar and the United Arab Emirates (UAE) to do so.")); Tab 37 at 19 (Kenneth Katzman, The United Arab Emirates (UAE): Issues for U.S. Policy, CRS Report for Congress (June 24, 2015) ("[UAE] reportedly also armed some Libyan rebels."))] Simply put, according to the *New York Times*, "[a]fter discussions among members of the National Security Council, the Obama administration backed the arms shipments from both [Qatar and the United Arab Emirates]." [Tab 31 (Dec. 5, 2012 N.Y. Times article); *see also* Tab 32 (*Gun Shy: US Alarmed Qatari Arms For Libya Now In Militants' Arsenals*, RT News (Dec. 6, 2012))]

/ / /

/ / /

LEGAL127330123.3

The above sources unambiguously establish that the United States was determined to provide arms support to the Rebels, and did so—at a minimum—by aiding, facilitating, and authorizing indirect transfers of such arms to the Rebels through Qatar and the UAE.[7]

### III.   CONCLUSION

The documents discussed above and filed with this Notice are strong evidence that the "United States did covertly assist in the procurement and/or transportation of arms for individuals and/or entities in Libya." [Doc. 55 at 5]  If the Court does not find the submitted information sufficient to determine that the "United States did covertly assist in the procurement and/or transportation of arms for individuals and/or entities in Libya," Defendants hereby move for an evidentiary hearing on this issue, which is of central importance, and of constitutional magnitude, to Defendants. [*Id.*]

Dated:  August 26, 2015.            **PERKINS COIE LLP**

By: /s/ *Jean-Jacques Cabou*
     Jean-Jacques Cabou
     Thomas D. Ryerson
     Alexis E. Danneman
     2901 N. Central Avenue, Suite 2000
     Phoenix, AZ  85012-2788

Attorney for Defendants

---

[7] The United States' lead role in NATO, which enforced Resolution 1973's no-fly zone is further circumstantial-yet-practical evidence that the United States authorized arms to be sent by its Arab allies to the Opposition forces. No significant quantity of arms could have been transferred to the Rebels without NATO clearances and approval. [*See* Tab 33 at 18 (2013 U.N. Report (noting transfers))]

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>David A. Pimsner
>Kristen Brook
>U.S. Attorney's Office
>40 North Central Avenue, Suite 1200
>Phoenix, Arizona 85004
>
>A. William Mackie
>Julie Edelstein
>Department of Justice
>National Security Division
>600 E Street, NW
>10th Floor - Bicentennial Bldg.
>Washington, D.C. 20530

>/s/ Lisa Mazza