Jean-Jacques Cabou, No. 022835
Thomas D. Ryerson, No. 028073
Alexis E. Danneman, No. 030478
PERKINS COIE LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JCabou@perkinscoie.com
TRyerson@perkinscoie.com
ADanneman@perkinscoie.com

Attorneys for Marc Turi and Turi Defense Group

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>     v.<br><br>1. Marc Turi; and<br><br>2. Turi Defense Group,<br><br>               Defendants | Cause No. 14-cr-00191-1-DGC<br><br>**NOTICE OF FILING INDEX TO SUPPLEMENTAL AUTHORITY** |

Pursuant to the Court's Order (Doc. 249) dated October 2, 2015, Defendants hereby file an index to the supplemental authorities filed at Doc. 240, attached as Exhibit A.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 8, 2015. | **PERKINS COIE LLP** |
| 3 | | |
| 4 | | By: /s/ *Jean-Jacques Cabou* |
| 5 | | Jean-Jacques Cabou<br>Thomas D. Ryerson<br>Alexis E. Danneman |
| 6 | | 2901 N. Central Avenue, Suite 2000<br>Phoenix, AZ  85012-2788 |
| 7 | | |
| 8 | | Attorneys for Defendants |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> David A. Pimsner
> Kristen Brook
> U.S. Attorney's Office
> 40 North Central Avenue, Suite 1200
> Phoenix, Arizona 85004
>
> A. William Mackie
> Department of Justice
> National Security Division
> 600 E Street, NW
> 10th Floor - Bicentennial Bldg
> Washington, D.C. 20530

/s/*Marie van Olffen*

81103-0005/128155780.1