# Exhibit A

UNITED STATES V. MARC TURI AND TURI DEFENSE GROUP
NO. 14-cr-00191-DGC

Index to Supplemental Authority

| TAB | AUTHORITY |
|-----|-----------|
| 1 | Robert Fisk, *America's Secret Plan to Arm Libya's Rebels*, The Independent (Mar. 7, 2011), http://www.independent.co.uk/news/world/middle-east/americas-secret-plan-to-arm-libyas-rebels-2234227.html |
| 2 | Steven Lee Myers, *Clinton Meets in Paris with Libyan Rebel Leader*, N.Y. Times (Mar. 14, 2011), http://www.nytimes.com/2011/03/15/world/africa/15clinton.html?_r=0 |
| 3 | Joby Warrick & Richard Leiby, *In Cairo, Hillary Clinton Pledges Millions in U.S. Aid to Egypt*, The Washington Post (Mar. 16, 2011), http://www.washingtonpost.com/wp-dyn/content/article/2011/03/16/ AR 2011 031603734.html |
| 4 | UN Resolution 1973 (S.C. Res. 1973 (Mar. 17, 2011)), http://www.un.org/en/ga/search/view_doc.asp?symbol=S/RES/1973(2011) |
| 5 | Dan Bilefsky & Mark Landler, *As U.N. Backs Military Action in Libya, U.S. Role is Unclear*, N.Y. Times (Mar. 17, 2011), http://www.nytimes.com/2011/03/18/world/africa/18nations.html |
| 6 | *McCain: I hope U.S., Others Arm Libyan Rebels*, CBS News (Mar. 22, 2011), http://www.cbsnews.com/news/mccain-i-hope-us-others-arm-libyan-rebels/ |
| 7 | David Lawder, *U.S. Says Libyan Rebels May Sell Oil*, Reuters (Mar. 28, 2011), http://www.reuters.com/article/2011/03/28/us-libya-oil-rebels-idUSTRE72R6X62011 0328 |
| 8 | Douglas Stanglin, *Clinton Says Coalition Has Option Of Arming Libyan Rebels*, USA Today (Mar. 29, 2011), http://content.usatoday.com/communities/ondeadline/post/2011/03/clinton-says-coalition-has-option-of-arming-libyan-rebels/1#.VdudHaTbK70 |
| 9 | David Morgan, *Rice: US Has Not Ruled Out Arming Libyan Rebels*, Reuters (Mar. 29, 2011), http://af.reuters.com/article/idAFJOE72S0B920110329 |

| TAB | AUTHORITY |
|---|---|
| 10 | Julian Borger & Chris McGreal, *US and Britain May Arm Libya Rebels if Gaddafi Clings to Power*, The Guardian (Mar. 29, 2011), http://www.theguardian.com/world/2011/mar/29/libya-rebels-armed-by-us-uk |
| 11 | Mark Landler, et al., *Washington in Fierce Debate on Arming Libyan Rebels*, N.Y. Times (Mar. 29, 2011), http://www.nytimes.com/2011/03/30/world/africa/30diplo.html |
| 12 | Mark Mazzetti & Eric Schmitt, *C.I.A. Agents in Libya Aid Airstrikes and Meet Rebels*, N.Y. Times (Mar. 30, 2011), http://www.nytimes.com/2011/03/31/world/africa/31intel.html |
| 13 | Susan Cornwell, *Clinton Says No Decision On Arming Libyan Rebels*, Reuters (Mar. 30, 2011), http://www.reuters.com/article/2011/03/31/us-libya-usa-arms-idUSTRE72T5KM2011 0331 |
| 14 | Jeremiah Gertler, Operation Odyssey Dawn (Libya): Background and Issues for Congress, CRS Report for Congress (Mar. 30, 2011), *available at* https://www.fas.org/sgp/crs/natsec/R41725.pdf |
| 15 | Melissa Block, *Mazzetti Talks About CIA Operations in Libya*, NPR (Mar. 30, 2011), http://www.npr.org/2011/03/30/134994729/mazzetti-talks-about-cia-operations-in-libya |
| 16 | Mark Hosenball, *Exclusive: Obama Authorizes Secret Help for Libya Rebels*, Reuters (Mar. 30, 2011), http://www.reuters.com/article/2011/03/30/us-libya-usa-order-idUSTRE72T6H220 110330 |
| 17 | Jake Tapper, et al., *President Obama Authorizes Covert Help for Libyan Rebels*, ABC News (Mar. 30, 2011), http://abcnews.go.com/International/president-obama-authorizes-covert-libyan-rebels/print?id=13259028 |
| 18 | *World Powers Debate Arming Libyan Rebels*, France 24.com (Mar. 30, 2011), http://www.france24.com/en/20110330-world-powers-debate-arming-libyan-rebels-gaddafi-us-france-obama-london-uk/ |
| 19 | Ken Dilanian, *CIA Officers Working with Libya Rebels*, Los Angeles Times (Mar. 31, 2011), http://articles.latimes.com/2011/mar/31/world/la-fg-cia-libya-20110331 |
| 20 | Tom Bowman, et al., *CIA Operatives Gathering Intelligence in Libya*, NPR (Mar. 31, 2011), http://www.npr.org/2011/03/31/135005728/cia-operatives-gathering-intelligence-in-libya |

81103-0005/127475179.2

| TAB | AUTHORITY |
|-----|-----------|
| 21 | Mark Hosenball, *U.S. Agents Were In Libya Before Secret Obama Order*, Reuters (Mar. 31, 2011), http://www.reuters.com/article/2011/03/31/us-libya-usa-rebels-idUSTRE72U7NM20110331 |
| 22 | Opinions of the Office of Legal Counsel, Vol. 35, Memorandum Opinion for the Attorney General, Authority to Use Military Force in Libya (Apr. 1, 2011), *available at* http://www.justice.gov/sites/default/files/olc/opinions/2011/04/31/authority-military-use-in-libya.pdf |
| 23 | Wolf Blitzer, *The Emir of Qatar on Arming Libyan Rebels*, CNN.com Blogs (Apr. 14, 2011), http://cnnpressroom.blogs.cnn.com/2011/04/14/the-emir-of-qatar-talks-to-wolf-blitzer-about-weapons-to-libyan-rebels/ |
| 24 | Rod Nordland, *Libyan Rebels Say They're Being Sent Weapons*, N.Y. Times (Apr. 16, 2011), http://www.nytimes.com/2011/04/17/world/africa/17libya.html?_r=1 |
| 25 | Eli Lake, *Libya Rebels Will Receive $25M From U.S.*, The Washington Times (Apr. 19, 2011), http://www.washingtontimes.com/news/2011/apr/19/libya-rebels-will-receive-25-million-from-us/print/ |
| 26 | Jennifer Epstein, *U.S. Pledges $25M to Libyan Rebels*, Politico (Apr. 20, 2011), http://dyn.politico.com/printstory.cfm?uuid=BC0774C7-36A8-4459-9534-0C75675B6769 |
| 27 | Dept. of State & Dept. of Defense, Letter dated June 15, 2011 to the Speaker of the House of Representatives, United States Activities in Libya Report (June 15, 2011), *available at* http://fas.org/man/eprint/wh-libya.pdf |
| 28 | Jonathan Marcus, *French Arming of Libya's Rebels Strategic*, BBC News (June 29, 2011), http://www.bbc.com/news/world-africa-13966976 |
| 29 | Ali Gharib, *McCain Falsely Claims U.S. Armed Libya Rebels to Make the Case for Arming Syrians*, Think Progress (June 15, 2012), http://thinkprogress.org/security/2012/06/15/500433/mccain-arms-rebels-libya-syria/ |
| 30 | Greg Miller, *CIA Rushed to Save Diplomats as Libya Attack was Underway*, The Washington Post (Nov. 1, 2012), https://www.washingtonpost.com/world/national-security/cia-rushed-to-save-diplomats-as-libya-attack-was-underway/2012/11/01/c93a4f96-246d-11e2-ac85-e669876c6a24_story.html |

- 4 -

| TAB | AUTHORITY |
|-----|-----------|
| 31 | James Risen, et al., *U.S.-Approved Arms for Libya Rebels Fell Into Jihadis' Hands*, N.Y. Times (Dec. 5, 2012), http://www.nytimes.com/2012/12/06/world/africa/weapons-sent-to-libyan-rebels-with-us-approval-fell-into-islamist-hands.html |
| 32 | *Gun Shy: US Alarmed Qatari Arms For Libya Now In Militants' Arsenals*, RT News (Dec. 6, 2012), http://www.rt.com/news/us-qatar-arms-islamists-406/ |
| 33 | Report of Security Council, U.N. Doc. S/2013/99 (2013), http://www.un.org/en/ga/search/view_doc.asp?symbol=s/2013/99 |
| 34 | Drew Griffin & Kathleen Johnston, *Exclusive: Dozens of CIA Operatives On the Ground During Benghazi Attack*, CNN.com Blogs (Aug. 1, 2013), http://thelead.blogs.cnn.com/2013/08/01/exclusive-dozens-of-cia-operatives-on-the-ground-during-benghazi-attack/ |
| 35 | Report of Security Council, U.N. Doc. S/2014/106 (2014), http://www.un.org/en/ga/search/view_doc.asp?symbol=s/2014/106 |
| 36 | Paul Khuri, *The Foreign Policy of U.S. Arms Transfers*, Georgetown Security Studies Review (June 10, 2014), http://georgetownsecuritystudiesreview.org/2014/06/10/the-foreign-policy-of-u-s-arms-transfers/ |
| 37 | Kenneth Katzman, The United Arab Emirates (UAE): Issues for U.S. Policy, CRS Report for Congress (June 24, 2015), *available at* https://www.fas.org/sgp/crs/mideast/RS21852.pdf |