Jean-Jacques Cabou, No. 022835
Thomas D. Ryerson, No. 028073
Alexis E. Danneman, No. 030478
**PERKINS COIE LLP**
2901 N. Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
JCabou@perkinscoie.com
TRyerson@perkinscoie.com
ADanneman@perkinscoie.com

*Attorneys for Marc Turi and Turi Defense Group*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    v.<br><br>1. Marc Turi; and<br>2. Turi Defense Group,<br><br>            Defendants. | Cause No. 14-cr-00191-DGC<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY CONFIRMING UNITED STATES' ARMING OF LIBYAN REBELS** |

Marc Turi and Turi Defense Group ("TDG") (collectively, "Defendants") respectfully submit the attached article, *The Libya Gamble Part 1: Hillary Clinton, 'Smart Power' and a Dictator's Fall*, from the Sunday, February 28, 2016 New York Times[1] as further authority supporting the assertion, first made in Defendants' Initial Motion to Compel Discovery and since as a central part of discovery litigation in this matter, that the "United States did covertly assist in the procurement and/or transportation of arms for

---

[1] Jo Becker and Scott Shane, *The Libya Gamble Part 1: Hillary Clinton, 'Smart Power' and a Dictator's Fall*, NY Times (Feb. 27, 2016), http://www.nytimes.com/2016/02/28/us/politics/hillary-clinton-libya.html?smid=tw-nytimes&smtyp=cur&_r=0, online print version attached hereto as Exhibit A.

individuals and/or entities in Libya." [Doc. 55 at 5 & n.12; *see also* Doc. 229 (Minute Entry of Aug. 11, 2015) (ordering that Defendants file copies of articles and materials supporting this assertion)]

Among other things, the attached article in a section entitled *Arming the Rebels*, concludes that President Obama "signed a secret document called a presidential finding, approving a covert operation [to arm the rebels]." And notes that "[t]he shipments arranged by the United States and other Western countries generally arrived through the port of Benghazi and airports in eastern Libya, a Libyan rebel commander said." The article also describes, as Defendants have noted in previous filings with the Court on this topic, that "President Bill Clinton had publicly noted in April 2011 that the United States should 'not rule out' arming the opposition, and in emails with [Jake] Sullivan, her policy adviser, Mrs. Clinton discussed using private contractors to do just that." [Ex. A; *see also* Doc. 171 at 4 (Defendants Motion for Order to Show Cause) (attaching for the Court and discussing a FOIA-released email "in which she tells one of her State Department advisers that '[t]he idea of using private security experts to arm the [Libyan] opposition should be considered'") (emphasis omitted)]

Finally, the article quotes an unnamed "State Department official" saying that "Humvees, counterbattery radar, TOW missiles was the highest end we talked about." And confirming, with specific, unambiguous reference to the Rebel: "We were definitely giving them lethal assistance. We'd crossed that line." [Ex. A]

We respectfully ask for the chance to discuss the attached, and its implications, at the upcoming hearing before the Court, on March 18.

Dated: March 10, 2016.

**PERKINS COIE LLP**

By: */s/ Jean-Jacques Cabou*
    Jean-Jacques Cabou
    Thomas D. Ryerson
    Alexis E. Danneman
    2901 N. Central Avenue, Suite 2000
    Phoenix, Arizona 85012-2788

*Attorneys for Defendants Marc Turi and Turi Defense Group*

# CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David A. Pimsner
Kristen Brook
Wade Weems
U.S. Attorney's Office
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

A. William Mackie
Kathleen Kedian
Julie Edelstein
Department of Justice
National Security Division
600 E Street, NW
10th Floor - Bicentennial Bldg.
Washington, D.C. 20530

Raymond K. Woo
Assistant U.S. Attorney
United States Attorney - District of Arizona
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004

Scott McCulloch
Trial Attorney
National Security Division
U.S. Department of Justice
600 E. St. NW
Washington, DC 20004

*Attorneys for Plaintiff*

/s/ *Marie van Olffen*

81103-0005/130178639.1