```
                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA

                    _____


United States of America,           )
                                    )
               Plaintiff,           ) CR-14-00191-PHX-DGC (DKD)
                                    )
     vs.                            ) Phoenix, Arizona
                                    ) November 17, 2015
Marc Turi, Turi Defense Group,      )
                                    )
               Defendants.          )
_____)




          BEFORE:  THE HONORABLE DAVID G. CAMPBELL, JUDGE

                REPORTER'S TRANSCRIPT OF PROCEEDINGS

                        STATUS CONFERENCE
```

Official Court Reporter:
Patricia Lyons, RMR, CRR
Sandra Day O'Connor U.S. Courthouse, Ste. 312
401 West Washington Street, SPC 41
Phoenix, Arizona  85003-2150
(602) 322-7257

Proceedings Reported by Stenographic Court Reporter
Transcript Prepared with Computer-Aided Transcription

```
 1                      A P P E A R A N C E S
 2
 3    For the Government:
 4           U.S. Attorneys Office
              By:  KRISTEN BROOK, ESQ.
 5            By:  DAVID PIMSNER, ESQ.
              40 N. Central Ave., Ste. 1200
 6            Phoenix, AZ  85004
 7
 8
 9    For the Defendants:
10            Perkins Coie, LLP
              By:  JEAN-JACQUES CABOU, ESQ.
11            By:  THOMAS D. RYERSON, ESQ.
              P.O. Box 400
12            Phoenix, AZ  85001
13
14
15
16
17
18
19
20
21
22
23
24
25
```

|  |  |
|---|---|
| 16:29:08 | 1                   **P R O C E E D I N G S** |

1                    **P R O C E E D I N G S**

3     THE COURTROOM DEPUTY: Criminal case 2014-191, United

4 States of America versus Marc Turi and others. On for status

5 conference.

6     MR. PIMSNER: Good afternoon, Your Honor. David

7 Pimsner and Kristen Brook for the United States.

8     THE COURT: Afternoon.

9     MR. CABOU: Good afternoon, Your Honor. J. Cabou and

10 Thomas Ryerson for the defendants. Mr. Turi's presence is

11 waived.

12     THE COURT: Good afternoon.

13     All right. Counsel, the primary purpose for this

14 hearing was to discuss the trial date, which is December 8th.

15 We had a hearing in the last week or so with the *Touhy* counsel

16 that resulted in procedures that are going to take us into

17 mid-December before we know everything that's in place in

18 terms of what's required of the government in producing people

19 for interviews. It might not even be completely clear by

20 mid-December, depending on the issues that arise.

21     So I think, unfortunately, we're in the same position

22 now that we were last time we talked about the trial date,

23 which is we don't yet have a firm fix on how long the *Touhy*

24 interviews will take and what needs to be done on that score.

25     If you disagree with me let me know, but I don't

16:02:54  1  think we're in a position today to set a firm trial date just
2  because I don't know if that process is going to resolve in
3  the next 60 days or it will take 90 or 120 days.  I hope it
4  doesn't take that long, but it's still very much in flux.
16:03:09  5           My inclination would be, because of that, to push the
6  trial date off another 60 days and hold a status conference in
7  mid-December about where we are, hopefully we'll have more
8  clarity by that time, and see if we can fix a firm trial date.
9  I don't want to push it out too far; I'd like to keep it on a
16:03:31 10  short leash so we get the trial date set as soon as we have
11  the daylight to see it.
12           I'm interested in your responses.
13           MR. PIMSNER:  We have no objection to that, Your
14  Honor.
16:03:40 15           MR. CABOU:  Same here, Your Honor.  We think that
16  makes good sense, and we're doing everything we can and the
17  government has been responsive to the extent it can, but we
18  don't think there's anything else we can do right now.
19           THE COURT:  Okay.  Well, let me look at the calendar
16:03:56 20  for a minute.
21           Traci, mid-December --
22         (The Court and the courtroom deputy confer.)
23           THE COURT:  Counsel, how about 3:30 December 21st.
24  It's a Monday.
16:04:40 25           MR. PIMSNER:  I was going to be on leave, but I can

```
16:04:41   1   come in for that; I'm in town.
           2          THE COURT:  You can actually call in for that if you
           3   want.  There's no reason to put a tie on for purposes of that
           4   if you just want to call in.
16:04:52   5          MR. PIMSNER:  I'll talk to my co-counsel and we'll
           6   figure that out.
           7          THE COURT:  Does that work for defense counsel?
           8          MR. CABOU:  That's fine, Your Honor.
           9          THE COURT:  Okay.  What I would suggest we do, just
16:05:01  10   so that we don't have to move this too many times, is that we
          11   provisionally set the trial for February 9th, which is 60
          12   days, a 60-day continuance, talk in mid-December, see where we
          13   are and if we're able to get a fix for the amount of time
          14   needed for trial preparation.  If not, we'll get together
16:05:21  15   again in January and set a firm trial date.  Is that
          16   agreeable?
          17          MR. PIMSNER:  Fine with the government, Your Honor.
          18          MR. CABOU:  That's fine with the defense as well.
          19          THE COURT:  And the defendant -- I think we've
16:05:30  20   designated this a complex case, so we'll be excluding time
          21   between now and February 9th.  Do you agree, Mr. Cabou?
          22          MR. CABOU:  Yes, Your Honor.  No objection.
          23          THE COURT:  Are there other matters we need to talk
          24   about?
16:05:41  25          MR. PIMSNER:  Yes, Your Honor.  We're at a little bit
```

16:05:43   1  of a disadvantage, this recent motion that came in, because we
           2  weren't part of this discussion that led to this motion and
           3  we're walled off from the other counsel.  What they told me
           4  they were allowed to tell me is it has a due date of Monday,
16:05:57   5  next coming Monday.
           6           THE COURT:  Get to work.
           7           MR. PIMSNER:  Here's my issue.  Ms. Edelstein is out
           8  of the country.  I leave the state first thing in the morning,
           9  I don't get back until Sunday night, and Ms. Brook is
16:06:09  10  preparing for a complex hearing before Judge Bolton on Friday.
          11  So we would ask for an extension of time.
          12           THE COURT:  We set this to try to get a decision made
          13  by December 11th.
          14           MR. PIMSNER:  If we could have one additional week,
16:06:33  15  that should give defense time still to file any type of reply.
          16           THE COURT:  Why don't we say that the government will
          17  get its response in on November 30th.
          18           Mr. Cabou, would you be in a position to get it in,
          19  then, by Friday the 4th?
16:07:01  20           MR. CABOU:  If I can have a minute to consult with
          21  the calendars we brought here.
          22           THE COURT:  Yeah, that's fine.
          23           MR. CABOU:  Your Honor, to be candid with everybody,
          24  we realize everyone's busy and we don't want to the push the
16:07:45  25  schedule, but if it comes in on Monday, I think it's tough to

16:07:52  1  think I will have time to do it by Friday.  If it came in by
          2  Sunday, that would give me one extra day, which might help.
          3           MR. PIMSNER:  Your Honor, we have no objection
          4  pushing their deadline to the 7th if the 11th is the decision
16:08:10  5  day.
          6           THE COURT:  The problem is my schedule and when I
          7  need to get it to work on it.  I don't know if I'm going to be
          8  starting trial on the 8th.  That's my only concern.  If I am,
          9  I'm not going to have time to work on it that week.
16:08:32 10           Well, why don't we go ahead and have you file the
         11  reply on the 7th, Monday the 7th.
         12           MR. CABOU:  That's fine, Your Honor.
         13           THE COURT:  And I will endeavor to decide it by
         14  Friday the 11th, which I should be able to do if I don't have
16:08:47 15  trial.  But if I do have trial, then I'll just have to do it
         16  as soon as I can.
         17           Okay.
         18           And you understood the issue?  I mean, the issue is
         19  whether this is *Brady*, basically.
16:09:00 20           MR. PIMSNER:  Yeah, we understand *Brady*.  I'm not
         21  sure exactly as far as what they're complaining about as far
         22  as what transpired.  That I can only speculate.
         23           THE COURT:  Well, I think I'm not giving away
         24  anything significant to say that the question is what is the
16:09:19 25  legal basis upon which the defendants can obtain various

```
16:09:22   1    categories of information.  And one of the issues is whether,
           2    in effect, its Brady material that the defendants are entitled
           3    to, or whether there's some other legal obligation.
           4            I haven't read what the defendants have filed, but
16:09:45   5    that was a discussion:  Is this information Brady?  Is it
           6    Rule 16?  Is there another basis upon which they're entitled
           7    to it?  So that I can make decisions about what the government
           8    is or is not required to.  And, frankly, so the Touhy counsel
           9    can make decisions about what they should or should not tell
16:10:02  10    the agency clients they need to produce people to discuss.
          11    They felt, I think rightly, that you are in a better position
          12    to brief what is or is not Brady --
          13            MR. PIMSNER:  Factually --
          14            THE COURT:  -- and Rule 16 material in this case.  So
16:10:16  15    that's the issue.  It's just do they have a legal hook to get
          16    the information?  If so, then we deal with the Touhy counsel
          17    on how it gets produced to them.
          18            MR. PIMSNER:  Yes, Your Honor.
          19            THE COURT:  Do you agree with that description,
16:10:30  20    Counsel?
          21            MR. CABOU:  I do, Your Honor.
          22            THE COURT:  Okay.  Are there other matters we need to
          23    take up today?
          24            MR. PIMSNER:  Not from the government.
16:10:37  25            MR. CABOU:  Your Honor, we have one matter regarding
```

```
16:10:39   1   a CJA procedure if Your Honor has some time after the
           2   government's gone.
           3           THE COURT:  That's fine.  We'll go ahead and excuse
           4   the government counsel.
16:10:48   5           MR. PIMSNER:  Thank you, Your Honor.
           6           MS. BROOK:  Thank you.
           7           MR. SLADE:  Your Honor, this is Scooter.  Can I be
           8   dismissed now, too, or does Mr. Cabou need me?
           9           THE COURT:  Yes.  Thank you.
16:11:04  10           MR. SLADE:  All right.  Thank you.  I'll be going.
          11       (The sealed ex-parte discussion between the Court and
          12   defense counsel was reported but not transcribed herein.)
          13           (End of transcript.)
          14                            * * * * *
          15
          16
          17
          18
          19
          20
          21
          22
          23
          24
          25
```

**C E R T I F I C A T E**

I, PATRICIA LYONS, do hereby certify that I am duly appointed and qualified to act as Official Court Reporter for the United States District Court for the District of Arizona.

I FURTHER CERTIFY that the foregoing pages constitute a full, true, and accurate transcript of all of that portion of the proceedings contained herein, had in the above-entitled cause on the date specified therein, and that said transcript was prepared under my direction and control, and to the best of my ability.

DATED at Phoenix, Arizona, this 31st day of March, 2016.

s/ Patricia Lyons, RMR, CRR
Official Court Reporter